843 A.2d 1221

**Michael K. MEEHAN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 2, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, the order appealed is affirmed.